**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| DARCY CARPENTER,<br>Plaintiff,<br>v.<br>DEFENDANT,<br>Defendant. | Case No. 3:26-CV-000618-ART-CLB<br>**ORDER TO FILE COMPLAINT AND PAY FILING FEE OR FILE APLICATION TO PROCEED *IN FORMA PAUPERIS*** |

On August 10, 2026, Plaintiff Darcy Carpenter ("Carpenter") submitted documents containing a filled-out Nevada Legal Services Bankruptcy Questionnaire. (ECF No. 1-1). Carpenter did not submit a complaint and failed to either pay the full $405 filing fee for this matter or file an application to proceed *in forma pauperis*.

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. Thus, the case cannot proceed unless Carpenter files a complaint. Furthermore, Carpenter must either pay the the full $405 filing fee for this matter or file an application to proceed *in forma pauperis*. Under Local Rule LSR 1-1, a person who is unable to prepay the fees in a civil case may apply to the Court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the Court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities.

Accordingly, **IT IS ORDERED** that Carpenter must file a complaint in this case on or before **Monday, September 14, 2026**. Carpenter is cautioned that this action will be subject to dismissal without prejudice if he fails to timely file a complaint. A dismissal without prejudice allows Carpenter to refile the case with the Court, under a new case number, when Carpenter can file a complaint.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **SEND** Carpenter: **(1)** the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same; and **(2)** the approved form application to proceed *in forma pauperis* by a non-inmate.

**IT IS FURTHER ORDERED** that on or before **Monday, September 14, 2026**, Carpenter will either: **(1)** pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee); or **(2)** file with the Court a completed Application to Proceed *in Forma Pauperis* for Non-Inmate on this Court's approved form, along with a completed and signed financial affidavit. Failure to do so will result in a recommendation to the District Court to dismiss the action.

**IT IS SO ORDERED**.

**DATED**: August 13, 2026.

**UNITED STATES MAGISTRATE JUDGE**