UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re DARCEY CARPENTER, Plaintiff. | Case No. 3:26-cv-00618-ART-CLB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

On August 10, 2026, Plaintiff Darcey Carpenter filed a Nevada Legal Services Bankruptcy Questionnaire. (ECF No. 1-1.) The submission did not contain a complaint, nor did Ms. Carpenter pay the filing fee or file an application to proceed *in forma pauperis* ("IFP"). Magistrate Judge Carla Baldwin issued an order informing Ms. Carpenter that her case would not proceed unless she filed a complaint and either paid the filing fee or submitted an IFP application. (ECF No. 3.) Judge Baldwin gave Ms. Carpenter until September 14, 2026, to address these deficiencies and provided her with the relevant forms to do so. (*Id.*)

Ms. Carpenter did not file a complaint, pay the filing fee, or submit an IFP application by the deadline. Judge Baldwin therefore issued a Report and Recommendation ("R&R") recommending that the action be dismissed without prejudice. (ECF No. 4.)

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1). Parties have fourteen days from being served with an R&R to provide written objections. *Id.* Where no party objects in that period, the district court is not required to perform any review of the magistrate judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Ms. Carpenter did not object to Judge Baldwin's recommendation within

the statutory fourteen-day period, and the time to do so has now expired.

It is therefore ordered that Judge Baldwin's R&R (ECF No. 4) is ADOPTED.

It is further ordered that this action is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is kindly instructed to CLOSE this case accordingly.

Dated this 13th day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE